UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BASAVARAJ HOOLI,

Plaintiff,

-against-

DEEPA VINOO, et al.,

Defendants.

25-CV-8709 (LTS)

ORDER DENYING APPLICATION FOR THE COURT TO REQUEST PRO BONO COUNSEL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action proceeding *pro se*. The factors to be considered in ruling on an application seeking the appointment of counsel include the merits of the case, a plaintiff's efforts to obtain a lawyer, and a plaintiff's ability to gather the facts and present the case if unassisted by counsel. *See Cooper v. A. Sargenti Co.*, 877 F.2d 170, 172 (2d Cir. 1989); *Hodge v. Police Officers*, 802 F.2d 58, 60-62 (2d Cir. 1986). Of these, the merits are "[t]he factor which command[s] the most attention." *Cooper*, 877 F.2d at 172. Because it is too early in the proceedings for the court to assess the merits of the action, the motion seeking the appointment of pro bono counsel is denied without prejudice to renewal, at a later date.

The Court denies Plaintiff's motion at ECF 10 and directs the Clerk of Court to terminate this motion.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: August 17, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge